THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DENTON FOWLER et al., Appellants.

(Submitted June 30, 1893 ; decided October 17, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order. made May 2, 1892, which affirmed a judgment of the Court of Oyer and Terminer of Rockland county entered upon a verdict convicting defendant of the crime of maintaining a public nuisance.

*Irving Brown* for appellants.

*Wm. McCauley, District Attorney,* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.